**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE:                                                              CASE NO.:  15-BK-14207-RAM

JOSE B. GARDENS                                          CHAPTER: 13


     Debtors.
_____/


## OBJECTION TO CHAPTER 13 PLAN

    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MORGAN STANLEY MORTGAGE LOAN TRUST 2006-6AR, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-6AR, ("Creditor"), by and through the undersigned counsel, objects to the Chapter 13 Plan ("Plan") [DE #21] and states as follows:

1) Creditor holds a lien on the following property: 4955 NW 2nd St., Miami, FL  33126,

2) Creditor intends to file a timely Proof of Claim.

3) Creditor objects to Debtor's Plan as it proposes Loss Mitigation Mediation.

4) As Creditor's Claim is secured by the Debtor's principal residence, Creditor objects to any modification of the terms of its mortgage loan pursuant to 11 U.S.C. § 1322(b)(2).

5) The Plan proposes Loss Mitigation Mediation ("LMM") with respect to Creditor's claim. Pursuant to 11 U.S.C. § 1322(b)(2), the terms of the original note and mortgage shall remain in full force and effect unless and until the Creditor and Debtor mutually agree to a loan modification.

6) The Plan proposes adequate protection in the amount of $1085.00 per month.

7) The proposed modified payment does not reflect 31% of the gross monthly income listed on Schedule I.  In this case, the proposed modified payment should be $1395.00.

8) Creditor's claim should be treated as fully-secured until ordered otherwise by the Court.

9) Creditor reserves the right to amend this Objection.

WHEREFORE, Creditor respectfully requests that this Honorable Court sustain the objection and deny confirmation of the Plan.

    Scott Lewis, Esq.
    Albertelli Law
    Attorney for Secured Creditor
    PO Box 23028
    Tampa, FL 33623
    Telephone: (813) 221-4743 ext. 2603
    Facsimile:  (813) 221-9171
    bkfl@albertellilaw.com

    By: /s/Scott Lewis, Esq.
    Scott Lewis, Esq.
    Florida Bar No.: 112064

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 27th day of May, 2015, I served a copy of the foregoing on the parties listed below.

### SERVICE LIST

Jose B Gardens
12295 NW 2 St
Miami, FL 33182

Diego Mendez, Esq.
POB 228630
Miami, FL 33172

Nancy K. Neidich
www.ch13herkert.com
POB 279806
Miramar, FL 33027

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

    Scott Lewis, Esq.
    Albertelli Law
    Attorney for Secured Creditor
    PO Box 23028
    Tampa, FL 33623
    Telephone: (813) 221-4743 ext. 2603
    Facsimile:   (813) 221-9171
    bkfl@albertellilaw.com

    By: /s/Scott Lewis, Esq.
    Scott Lewis, Esq.
    Florida Bar No.: 112064